UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> 10 S. Howard Street, 3rd Floor <br> Baltimore, Maryland 21201, <br><br> Plaintiff, <br><br> v. <br><br> THE MENTAL HEALTH AUTHORITY OF ST. MARY'S, INC., <br><br> 22655 Washington Street <br> Leonardtown, Maryland 20650, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

COMPLAINT AND JURY DEMAND

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of retaliation and to provide appropriate relief to Kathryn Hall ("Ms. Hall"), a female employee of The Mental Health Authority of St. Mary's, Inc. ("Defendant Employer"), who was adversely affected by such practices. The Commission alleges that beginning around July, 2005, as a result of Ms. Hall informing Defendant Employer of being subjected to sexually harassing remarks by her supervisor, Defendant targeted her for termination and in fact terminated her.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII") and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The unlawful employment practices alleged herein were committed within the judicial district of this Court.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission ("the Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, The Mental Health Authority of St. Mary's, Inc. ("Defendant Employer"), has continuously been a corporation organized under the laws of the State of Maryland doing business within the State of Maryland, and has continuously had at least fifteen employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce under Sections 701(b), (g) and (h) of the Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Kathryn Hall filed a charge with the Commission alleging violations of Title VII of the Civil Rights Act of 1964 by

Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least July, 2004, Defendant Employer has engaged in unlawful employment practices at its Leonardtown, Maryland facility, in violation of Section 704(a) of Title VII. These practices include Defendant Employer terminating Ms. Hall, as a result of her complaints to Defendant Employer that she was experiencing sexual harassment in the workplace. Despite her good performance, Ms. Hall received a lowered performance appraisal resulting in a performance improvement plan, which culminated in her termination.

8. The effect of the practices complained of above has been to deprive Ms. Hall of equal employment opportunities and otherwise adversely affect her status as an employee, because she complained of sexual harassment in the workplace.

9. The unlawful employment practices complained of above were intentional.

10. The unlawful employment practices complained of above were done with malice or with reckless indifference to the federally protected rights of Ms. Hall.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from retaliating against employees who complain of unlawful employment practices in the workplace.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for all its employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Ms. Hall by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, reinstatement to her position, or front pay in lieu thereof, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant Employer to make whole Ms. Hall by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including but not limited to damages in the form of expenses for job searches and expenses incurred due to the loss of heath coverage, in amounts to be determined at trial.

E. Order Defendant Employer to make whole Ms. Hall by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices described above, including but not limited to emotional and mental anguish, pain and suffering, humiliation, loss of enjoyment of life, and devastation in amounts to be determined at trial.

F. Order Defendant Employer to pay Ms. Hall punitive damages for its malicious and reckless conduct, as described above, in amounts to be determined at trial.

G. Grant such further legal or equitable relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission hereby requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

_____ by DML
JACQUELINE H. McNAIR
Regional Attorney

_____
DEBRA M. LAWRENCE
Supervisory Trial Attorney   (Bar No. 04312)

_____
ERICA D. WHITE-DUNSTON
Trial Attorney              (Bar No. 28125)

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
10 S. Howard Street, 3rd Floor
Baltimore, Maryland 21201
(410) 962-3852 (phone)
(410) 962-4270 (fax)